Kevin Hughey, SBN 197323
Galen M. Gentry, SBN 308873
HUGHEY PHILLIPS, LLP
520 9th Street, Suite 230
Sacramento, California 95814
Telephone: 916.758.2100
Facsimile: 916.758.2200
khughey@hugheyphillipsllp.com
ggentry@hugheyphillipsllp.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| GAGAN BHATIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:19-cv-02313-TLN-DB<br><br>**ORDER GRANTING STIPULATION TO EXTEND CLOSE OF DISCOVERY AND ALL FOLLOWING PRETRIAL DEADLINES**<br><br>Action Filed: November 15, 2019 |

## **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that close of discovery is extended from September 17, 2020 to May 17, 2021, and that all pretrial deadlines following the close of discovery be reset based on the new close of discovery date.

Dated: November 24, 2020

_____
Troy L. Nunley
United States District Judge