1  DAVID A. HUBBERT
   Acting Assistant Attorney General

2  ALEXANDER E. STEVKO (CA Bar No. 301359)
   Trial Attorney, Tax Division
3  U.S. Department of Justice
   P.O. Box 683
   Washington, D.C. 20044-0683
4  Telephone: (202) 616-2380
   Facsimile: (202) 307-0054
5  Email: Alexander.Stevko@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAGAN BHATIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 2:19-cv-02313-TLN-DB<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER AND THIRD-PARTY COMPLAINT** |

Pursuant to the United States of America's unopposed motion for leave to file an amended answer (ECF No. 9) and for good cause being shown, the motion is GRANTED. The United States is to file its amended answer and third-party complaint with the clerk of the court. The discovery deadline in this case is moved to October 1, 2021.

IT IS SO ORDERED.

Dated this 30th day of April.

_____
Troy L. Nunley
United States District Judge