Kevin Hughey, SBN 197323
Galen M. Gentry, SBN 308873
HUGHEY PHILLIPS, LLP
520 9th Street, Suite 230
Sacramento, California 95814
Telephone: 916.758.2100
Facsimile: 916.758.2200
khughey@hugheyphillipsllp.com
ggentry@hugheyphillipsllp.com

Attorneys for Plaintiff and Third-Party
Defendant Gagan Bhatia

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| GAGAN BHATIA, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br><br>UNITED STATE OF AMERICA,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>HARINDER BHATIA; HARLEEN BHATIA; GAGANDEEP BHATIA; STANISLAUS COUNTY; JEFFREY SILBERMAN, trustee of the Jeffrey Silberman Trust 2011; SPARTAN TANK LINES, INC.; and GOLDEN PACIFIC BANK, NA.,<br><br>    Third-Party Defendants. | Case No. 2:19-cv-02313-TLN-DB<br><br>**ORDER GRANTING STIPULATION TO EXTEND CLOSE OF DISCOVERY AND ALL FOLLOWING PRETRIAL DEADLINES**<br><br>Action Filed: November 15, 2019<br>Third-Party Complaint Filed: May 7, 2021 |

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that close of discovery is extended from October 1, 2021 to no later than 240 days from the date an answer is filed by the last third-party defendant, and that all pretrial deadlines following the close of discovery be reset based on the new close of discovery date.

Dated: October 1, 2021

Troy L. Nunley
United States District Judge