1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GAGAN BHATIA,                              No.  2:19-cv-02313-DAD-SCR

12              Plaintiff,

13        v.                                    ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS AND GRANTING
14   UNITED STATES OF AMERICA,                  DEFENDANT'S MOTION FOR DEFAULT
                                                JUDGMENT
15              Defendant.
                                                (Doc. Nos. 43, 52)
16

17

18          On November 15, 2019, plaintiff Gagan Bhatia filed this civil action against defendant

19   United States of America.  (Doc. No. 1.)  On May 7, 2021, defendant filed its counterclaim and

20   third-party complaint against third-party defendants Harinder Bhatia and Harleen Bhatia

21   (collectively, "the Bhatias").[1]  (Doc. No. 11.)  The Clerk of the Court entered default as to the

22   Bhatias because they were served with process and did not file a timely answer, responsive

23   pleading, or otherwise appear in this action.  (*See* Doc. Nos. 26, 27, 30, 32.)  On August 28, 2024,

24   defendant filed the pending motion for default judgment as to the Bhatias.  (Doc. No. 43.)  The

25   matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and

26   Local Rule 302.

27

28   _____
     [1]  On August 25, 2022, this action was reassigned to the undersigned.  (Doc. No. 20.)

                                                  1

1    On May 23, 2025, the assigned magistrate judge issued findings and recommendations

2  recommending that defendant's motion for default judgment be granted. (Doc. No. 52 at 8.)

3  Specifically, the magistrate judge concluded that denial of the pending motion would leave

4  defendant without a remedy; that defendant has sufficiently alleged its third-party claims and that

5  those claims have merit; that the amount of money at stake weighs against default judgment; that

6  there is not a likelihood for a dispute of material fact; that it is "inconceivable" that the Bhatias'

7  failure to defend this action is due to excusable neglect; and that the Bhatias' failure to appear has

8  made a judgment on the merits impossible. (*Id.* at 4–7.) As a result, the magistrate judge

9  concluded that consideration of the *Eitel* factors weigh in favor of granting the pending motion

10  for default judgment. *See Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986). The

11  magistrate judge therefore recommended that judgment be entered in favor of defendant in the

12  amount of $636,413.94 plus additional interest as provided by 26 U.S.C. § 6601. (Doc. No. 52 at

13  8.)

14    The pending findings and recommendations were served on the parties and contained

15  notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*)

16  To date, no objections to the findings and recommendations have been filed, and the time in

17  which to do so has now passed.

18    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

19  *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the

20  findings and recommendations are supported by the record and by proper analysis.

21    Accordingly:

22    1.    The findings and recommendations issued on May 23, 2025 (Doc. No. 52) are

23        ADOPTED in full;

24    2.    The motion for default judgment filed on behalf of defendant United States of

25        America (Doc. No. 43) is GRANTED; and

26  /////

27  /////

28  /////

2

3.     The Clerk of the Court is directed to enter judgment in favor of defendant and

third-party plaintiff United States of America and against third-party defendants

Harinder Bhatia and Harleen Bhatia in the amount of $636,413.94 as of July 17,

2024 plus additional interest as provided by 26 U.S.C. § 6601.

IT IS SO ORDERED.

Dated:   **June 30, 2025**                    _Dale A. Drozd_____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE